IN THE MATTER OF THE ESTATE OF JOSEPH ALEXANDRAVICUS, DECEASED.

*Mr. Jesse Moskowitz* for the petitioner.

*Mr. Abraham Miller* and *Mr. Abraham J. Slurzberg* for the respondents.

March 13, 1961.   Granted.

VINELAND SHOPPING CENTER, INC., PLAINTIFF-RE-SPONDENT, v. LOUIS DE MARCO, DEFENDANT-PETI-TIONER.

See same case below:   65 *N. J. Super.* 223.

*Messrs. Lipman & Casella* for the petitioner.

*Mr. Joseph Tuso* and *Mr. Thomas K. J. Tuso* for the respondent.

March 13, 1961.   Granted.